**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
 msinger@ckslaw.com
Diana M. Khoury (SBN 128643)
 dkhoury@ckslaw.com
J. Jason Hill (SBN 179630)
 jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**DAVTYAN LAW FIRM, INC.**
Emil Davtyan (SBN 299363)
 support@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008/Facsimile: (818) 722-3974

Attorneys for Plaintiff Steven Kane, on behalf of himself and the Conditionally Certified Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| STEVEN KANE, on behalf of himself and other similarly-situated employees,<br><br>     Plaintiff,<br><br>  vs.<br><br>SMITHFIELD DIRECT, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>     Defendants. | CASE NO. 21-CV-04832 PA (JCx)<br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date:    August 1, 2022<br>Time:    1:30 p.m.<br>Judge:   Percy Anderson<br>Ctrm.:   9A<br><br>Filed:    April 12, 2021<br>Removed: June 14, 2021 |

PLEASE TAKE NOTICE that on August 1, 2022 at 1:30 p.m. or as soon as the matter may be heard in Courtroom 9A of the above-captioned Court located at 350 West 1st Street, Los Angeles, California 90012, the Honorable Percy Anderson presiding, Plaintiff Steven Kane, on behalf of himself and the Conditionally Certified Class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declaration of Class Counsel J. Jason Hill, Supplemental Declaration of Irvin Garcia on behalf of CPT Group, Inc., the appointed Administrator, the Motion for Order Granting Award of Attorneys' Fees, Litigation Costs, Class Representative Service Payment, and Administration Expenses and supporting pleadings [Dkt. 38 – 38-14], the Stipulation of Class Action and PAGA Settlement and Release of Claims [Dkt. 34-3], the Motion for Order Granting Preliminary Approval and supporting pleadings [Dkt. 34 – 34-11], the Order Granting Preliminary Approval of Class Action Settlement [Dkt. 37], and all other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

COHELAN KHOURY & SINGER
DAVTYAN LAW FIRM, P.C.

Dated: June 30, 2022

By: s/ J. Jason Hill
 J. Jason Hill
Attorneys for Plaintiff Steven Kane
and the Conditionally Certified Class