JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KANE, on behalf of himself and other similarly-situated employees,<br><br>Plaintiff,<br><br>v.<br><br>SMITHFIELD DIRECT, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CV 21-4832 PA (JCx)<br><br>JUDGMENT |

Pursuant to the "Settlement Agreement" between named plaintiff Steven Kane ("Named Plaintiff") and defendant Smithfield Direct, LLC ("Defendant"), the Court's December 29, 2021 Minute Order granting the Motion for Preliminary Approval, and the Court's July 19, 2022 Minute Order granting the Motions for Final Approval of Class Action Settlement ("Motion for Final Approval") and Motion for Attorneys' Fees, Litigation Costs, Class Representative Service Payment, and Administration Expenses ("Motion for Fees"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein;

//

1    2.    The Court enters Judgment consistent with the December 29, 2021 and July 19, 2022 Minute Orders and the Settlement Agreement;

3.    All terms and provisions of the Settlement should be and are ordered to be consummated subject to the Effective Date expiration periods and other conditions set forth in the Settlement Agreement.

4.    The Court confirms the law firms of Cohelan Khoury & Singer and Davtyan Law Firm, Inc., as Class Counsel.

5.    The Court confirms Plaintiff Steven Kane as Class Representative.

6.    The Court finds and determines the Settlement Payments to 47 Participating Class Members provided for by the Settlement Agreement are fair and reasonable. The Court grants final approval to and orders, following the Effective Date expiration period and other conditions set forth in the Settlement Agreement, payment of those amounts in accordance with the Settlement Agreement.

7.    The Court authorizes payment of attorneys' fees from the common fund to Class Counsel in the amount of $87,500.00 (constituting 25% of the common fund).

8.    The Court authorizes payment of litigation expenses from the common fund to Class Counsel in the amount of $16,293.78.

9.    The Court authorizes payment of an incentive award to Named Plaintiff from the common fund in the amount of $5,000.00.

10.   The Court authorizes payment of administrative costs fo CPT Group, Inc. from the common fund in the amount of $6,500.00.

11.   The Court finds and determines the PAGA Payment in the amount of $11,250.00 to be paid to the California Labor and Workforce Development Agency representing the 75% share of the $15,000.00 for civil penalties is fair, adequate and reasonable, and $3,750.00 representing 25% share of the $15,000.00 civil penalties to be paid to eligible PAGA Members are fair and reasonable and orders that these amounts be paid in accordance with the Settlement Agreement.

//

12. The Parties are ordered to comply with the terms of the Settlement.

13. The Parties shall bear their own costs and attorneys' fees except as provided by the Settlement Agreement and this Judgment.

DATED: July 20, 2022.

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE